PER CURIAM.
The judgment under review is reversed only with respect to the individual defendants H.W. Prahl, Jr. and R.A. Prahl. See McDaniel v. Sheffield, 431 So.2d 230 (Fla. *1094 1st DCA 1983), review denied, 440 So.2d 352 (Fla.1983). Since there is no other harmful error, the judgment against the remaining defendant-appellants is affirmed. Orlando Executive Park, Inc. v. Robbins, 433 So.2d 491 (Fla.1983); Crinkley v. Holiday Inns, Inc., 844 F.2d 156 (4th Cir.1988); Metropolitan Dade County v. Cox, 453 So.2d 1171 (Fla. 3d DCA 1984); Sears v. Southern Pac. Co., 313 F.2d 498 (9th Cir. 1963); Walt Disney World Co. v. Wood, 515 So.2d 198 (Fla.1987); § 59.041, Fla. Stat. (1987).